NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GILBERT DEMELLO, DOC #11772,           )
                                       )
            Appellant,                 )
                                       )
v.                                     )     Case No. 2D18-4714
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed September 25, 2019.

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Gilbert Demello, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, LUCAS and SMITH, JJ., Concur.